IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MIKE PARSONS
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

BARRY DEAN LAXTON
+ JOHN + JANE DOE 1-99
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit
    Plaintiffs: _____

    Defendants: _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned: _____
    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
    _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement:_____
   A. Is there a prisoner grievance procedure in the institution?
                                            Yes ( )   No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ()   No ()
   C. If your answer is Yes:
      1. What steps did you take?_____
      2. What was the result?_____
   D. If your answer is No, explain why not:_____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff  MIKE PARSONS
       Address  P.O. BOX 655 ARLINGTON TN 38002

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant BARRY DEAN LAXTON is employed as SCOTTYS BARBER SHOP
      at MILLINGTON TN HWY 51 OR 653 HUGHES RD. BRIGHTON 38011
   C. Additional Defendants: TO BE ADDED, AN AMENDED PLEADING WILL BE FILED NEXT WEEK

IV. Statement of Claim

   State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   ON SEPT 28 2007 MR. LAXTON DEPRIVED ME OF MY FREEDOM BY KILLING MY DOG, HE SHOT AT ME + MY WIFE, FILED A FALSE REPORT TO POLICE, DEPRIVING ME OF MY LIBERTY, ALL OF THIS OCCURED AT OR NEAR 530 HUGHES ROAD BRIGHTON TN.

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    ALL COST TAXES FILING FEES
    ALL ATTORNEYS FEES
    COMPENSATORY DAMAGES
    PUNATIVE DAMAGES

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

    Signed this  24  day of  September , 20 08 .

    _____
            MIKE PARSONS
        (Signature of Plaintiff/Plaintiffs)

-3-

Revised 4/18/08