## IN THE US DISTRICT COURT OF THE STATE OF TENNESSEE
## AT MEMPHIS

| | |
|---|---|
| **MIKE PARSONS** <br>     **Plaintiff,** | ) <br> ) <br> ) <br> ) |
| **V.** | )   **No. _____** <br> ) |
| **BARRY LAXTON,** <br> **JOHN & JANE DOE 1-99** <br>     **Defendants** | )   **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes Now, Mike Parsons, and moves this honorable court to allow appellant to proceed in forma pauperis.

Whereas, the downturn in the economy and crash in the housing market has resulted in the professional home inspection business operated by Mike Parsons to drop by more than 75%. As shown by Appellant's Uniform Civil Affidavit of Indigency, Mikes contracts for advertising, insurance, phones, internet and many other expenses along with expenses incurred by the tornado that hit our home on February 05, 2008 has consumed ~~Appellant~~ PLAINTIFFS 's recourses.

Therefore, ~~Appellate~~ PLANTIFF is unable to bare the expense of this action and therefore, move this court to allow ~~Appellate~~ PLANTIFF to proceed in forma pauperis.

RESPECTFULLY SUBMITTED this 24TH day of September, 2008.

                             **Mike Parsons, Pro Se**
                             **P.O. BOX 655**
                             **Arlington Tennessee 38002**
                             **901-353-6453**

## IN THE US DISTRICT COURT OF THE STATE OF TENNESSEE
## AT MEMPHIS

| | |
|---|---|
| **MIKE PARSONS**     ) | |
|    **Plaintiff,**     ) | |
|     ) | |
| **V.**     ) **No.** _____ | |
|     ) | |
| **BARRY LAXTON,**     ) **JURY TRIAL DEMANDED** | |
| **JOHN & JANE DOE 1-99**     ) | |
|    **Defendants**     ) | |
|     ) | |
|     ) | |

## UNIFORM CIVIL AFFIDAVIT OF INDIGENCY

I, Mike Parsons, having been duly sworn according to law, make oath that because of my poverty, am unable to bear the expenses of this case and that I am justly entitled to the relief sought to the best of my belief. The following facts support my poverty.

1. Full Name(s):  Mike Parsons

2. Address(s):  P.O. Box 655 Arlington Tennessee 38002

3. Telephone Number(s):  901-353-6453

4. Date(s) of Birth:  05/05/1961

5. Name and Ages of all Dependants:  Pat Parsons

6. I am self employed as: A Professional Home Inspector.

   My employment address is: P.O. Box 655 Arlington Tennessee 38002

   My employment phone number is: 901-353-6453

   My total income from January 01, 2008 to date is $4030.00 or /12

   = $336.00 monthly.  Federal income and social security taxes are not deducted
   from the $4030.00.

   My wife Pat's present monthly income, after federal income and social security
   taxes are deducted, is:  $ 3,533.00.  Our combined monthly income is $3869.00
   but this does not include any deduction for taxes for Mike's income.

7. We receive or expect to receive money from the following sources:

   | AFDC: | $  None  per month beginning _____ |
   |---|---|
   | SSI: | $  None  per month beginning _____ |
   | Retirement: | $  None  per month beginning _____ |
   | Disability: | $  None  per month beginning _____ |
   | Unemployment: | $  None  per month beginning _____ |
   | Workers Compensation: | $  None  per month beginning _____ |
   | Others: | $  None  per month beginning _____ |

8. My expenses are:

   | Rent/House Payment: | $ 1330.18   per month |
   |---|---|
   | Groceries: | $ 750.00    per month |
   | Electricity: | $ 250.00    per month |

2.

| | | |
|---|---|---|
| Water: | $ 40.00 | per month |
| Gasoline: | $ 600.00 | per month |
| Car Note: | $ 394.00 | per month |
| Medical & Dental: | $ 335.00 | per month |
| Credit Card: | $ 1400.00 | per month |
| House Supplies | $ 100.00 | per month |
| Clothing: | $ 40.00 | per month |
| Telephone: | $ 140.00 | per month |
| Internet Web Service: | $ 32.00 | per month |
| Car Insurance: | $ 100.00 | per month |
| Home owners Insurance: | $ 100.00 | per month |
| Business Insurance: | $ 163.00 | per month |
| Business Advertising | $ 123.00 | per month |
| Credit Cards: | $ 1,200.00 | per month |

Animal Food/Vet/Medication: $ 1300.00  per month

9.  Our Assets are:

Automobile:                       $ 12,000.00  (Fair Market Value)

Automobile:                       $ 1,000.00  (Fair Market Value)

Checking/Savings Accounts: $ 1200.00  (Paid Bills Pending)

House :                              $ 220,000.00  (Fair Market Value)

Farm Equipment:                $ 5000.00  (Fair Market Value)

3.

Our Debts are:

Amount Owed                                    To Whom

_$173,000.00_____Sovereign Bank, Home Mortgage

_$12,000.00_____Memphis Area Teachers Credit Union, Auto Loan

_$60,000.00_____Patriot Bank, Home Equity Line of Credit

_$3,300.00_____Capitol One & Chase, Credit Card Company

_$5403.00_____USAA Savings Bank, Credit Card

_$10,091.00_____Navy Federal Credit Union, Credit Card

_$6,389.00_____Discover Card, Credit Card

_$16,183.00_____Capitol One, Credit Card


I hereby declare under the penalty of perjury that the foregoing answers are true, correct,

and complete and that I am financially unable to pay the cost of this action:

Tenn. Const. Art. 1 Sec. 17; That all courts shall be open; and every man, for an injury done him in his lands, goods, person or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial, or delay.

RESPECTFULLY SUBMITTED this 24th day of September, 2008.

Mike Parsons, Pro Se
P.O. BOX 655
Arlington Tennessee 38002
901-353-6453

**WITNESS MY SIGNITURE** on this _24[th] day of_ Septembet _____,2008.

STATE OF TENNESSEE

COUNTY OF _Shelby_____

Personally appeared before me __Mike Parsons_____,
With whom I am personally acquainted, and who acknowledged that ____ he____
executed the within instrument for the purposes therein contained.

Witness my hand and official seal at office this _24[th] _day of_ september, 2008.

My Commission Expires: _1-26-2011_

Notary Public

MY COMMISSION EXPIRES:
January 26, 2011

5.