# United States District Court
## WESTERN DISTRICT OF TENNESSEE
## Eastern Division

### JUDGMENT IN A CIVIL CASE

MIKE PARSONS,
Plaintiff,

v.  Civ. No.: 2: 08-2641 JDT/egb

BARRY DEAN LAXTON,
Defendants.

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the order entered in the above-styled matter on 7/23/09, the complaint is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 28 U.S.C. § 1915A(b), and Fed. R. Civ. P. 12(h)(3). It is therefore **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith, and Plaintiff may not proceed on appeal in forma pauperis. If Plaintiff files a notice of appeal, he must pay the entire $455 filing fee required by 28 U.S.C. §§ 1913 and 1917. The entire filing fee must be paid within thirty (30) days of the filing of the notice of appeal.

**APPROVED:**

                                                                     **s/James D. Todd**
                                                                      JAMES D. TODD
                                                                      UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**